IN THE SUPREME COURT OF THE STATE OF KANSAS

No. 47,563

Bar Docket No. 5925

(551 P. 2d 787)

*In re:* ANTHONY RAYMOND RUSSO, voluntary surrender of his certificate to practice law in the State of Kansas

Order canceling certificate filed June 24, 1976.

*Per Curiam:* On June 17, 1976, ANTHONY RAYMOND RUSSO voluntarily surrendered his certificate admitting him to practice law in the courts of the State of Kansas, and it is BY ORDER OF THE COURT CONSIDERED AND ACCEPTED.

The Clerk of this Court is ORDERED AND DIRECTED to mark the certificate VOID and to STRIKE Anthony Raymond Russo's name from the roll of attorneys.